IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| JAQUAY, e*t al.* | : | 02-3882 |
| DAUSE | : | 02-3928 |
| GETTO | : | 02-3946 |
| HERSH, et al. | : | 02-4104 |
| DELLOLIO | : | 02-4141 |
| VARMER.et al. | : | 02-4200 |
| BURNS, et al. | : | 02-4233 |
| SEBESTYEN, et al. | : | 02-4262 |
| DIXON, et al. | : | 02-4325 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]   -   Order staying these proceedings pending disposition of a related action.

[     ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[     ]   -   Interlocutory appeal filed.

[  X  ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Clifford Scott Green, Judge**